NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT STERN,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )        Case No. 2D18-1751
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed February 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Neil A. Roddenberry,
Judge.

Robert Stern, pro se.


PER CURIAM.


          Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.